IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TEENA R. BOWERS,**                                          09-CV-77-HU

       **Plaintiff,**                                      ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       **Defendant.**

**DAVID B. LOWRY**
Attorney at Law
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, OR 97223
(503) 245-6309

       Attorney for Plaintiff

1 - ORDER

**DWIGHT C. HOLTON**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003


**DAVID MORADO**
Regional Chief Counsel
**MICHAEL S. HOWARD**
**LEISA A. WOLF**
Special Assistant United States Attorneys
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2495

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#23) on May 28, 2010, in which he recommends this Court reverse the Commissioner's decision and remand this matter for further proceedings consistent with the Findings and Recommendation.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles

2 - ORDER

*de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#23). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter to the Commissioner for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 7th day of July, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER