DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

**Teena Bowers**

          **Plaintiff,**          Civil No. 09-cv-0077-HU

vs.

**Commissioner of Social Security**    ORDER GRANTING AWARD
      **Defendant.**                    OF EAJA FEES, EXPENSES AND
                                                COSTS

## ORDER

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby ORDERED that EAJA attorney's fees of $6,017.05, expenses of $10.82, and costs of $17.70 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___ (2010) and delivered to plaintiff's counsel, David B. Lowry; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will accept Plaintiff's assignment of EAJA Fees and pay EAJA fees and expenses directly to David B. Lowry.

Dated this 19th day of Jan., 2010

/s/ Anna J. Brown
_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73372
Attorney for Plaintiff
9900 Greenburg Rd, Suite 130, Portland, OR 97223

Agreed for Entry:

s/ LEISA A. WOLF (Signed per electronic email authorization by David B. Lowry.)
Leisa A. Wolf
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

DAVID B. LOWRY
Attorney at Law • OSB No. 73372
9900 SW Greenburg Road
Columbia Business Center Suite 130
Portland, Oregon 97223
(503) 245-6309